No. 10–5019. JACKSON *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.

Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Carr* v. *United States*, 560 U. S. 438 (2010).